█ BAML REALTY, INC., Appellant-Respondent, v. STATE OF NEW YORK, Respondent-Appellant. (Claim No. 45450.) —

858

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.